IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DA VAN CAO,  )<br>  )<br>          Defendant.  ) | Case No. 4:10cr3052 |

## ORDER FOR ISSUANCE OF SUBPOENA

THIS MATTER came before the Court on the 27th day of August, 2010, on the Motion of the defendant for an Order allowing the issuance of Subpoena. (filing 21). The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court shall issue the subpoena as identified in defendant's Motion. Said subpoena shall be served by the United States Marshal's office.

Dated this 27th day of August, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge