IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3052 |
| | ) | |
| v. | ) | |
| | ) | |
| THAM THANH CAO, MY TAN CAO, DA VAN CAO, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The government's motion to withdraw Barbara J. Armstead as counsel for the government, (filing no. 60), is granted.

2) The clerk shall delete Ms. Armstead from any future ECF notifications herein.

DATED this 14th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge