IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THAM THANH CAO,<br><br>Defendant. | 4:10CR3052<br><br><br>ORDER |

This matter is before the Court on the plaintiff's Motion to Dismiss (Filing No. 191). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the Indictment, without prejudice, as it relates to the above-captioned defendant. Accordingly,

**IT IS ORDERED:**

1. The plaintiff's Motion to Dismiss (Filing No. 191) is granted.
2. The Indictment is dismissed without prejudice.
3. This case is closed.

Dated this 1st day of April, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge